184 So. 911

**Ben BLACKMON v. STATE.**

8 Div. 727.

Court of Appeals of Alabama.

Nov. 15, 1938.

Joe Creel, of Guntersville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

176 So. 919

**Andy BLAKEY v. STATE.**

4 Div. 367.

Court of Appeals of Alabama.

Nov. 9, 1937.

SAMFORD, Judge.

Affirmed.

188 So. 923

**Alto BOGAR v. STATE.**

4 Div. 503.

Court of Appeals of Alabama.

April 4, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

186 So. 915

**R. L. BOLES v. CITY OF RUSSELLVILLE.**

8 Div. 779.

Court of Appeals of Alabama.

Jan. 24, 1939.

SAMFORD, Judge.

Affirmed.

178 So. 921

**Kaylor BOMAR v. STATE.**

7 Div. 356.

Court of Appeals of Alabama.

Feb. 1, 1938.

SAMFORD, Judge.

Affirmed.

184 So. 911

**Boney BOOKER v. STATE.**

I Div. 311.

Court of Appeals of Alabama.

Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.